

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00193-CV

**Fertitta Hospitality, LLC**

**v.**

**Daniel Cole O'Balle**

NO. 2010-64803 IN THE 11TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $20.00 | 08/05/2014 | PAID | APE |
| MT FEE | $10.00 | 08/01/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/01/2014 | E-PAID | APE |
| MT FEE | $10.00 | 07/10/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 04/29/2014 | E-PAID | APE |
| MT FEE | $10.00 | 03/26/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 03/25/2014 | E-PAID | ANT |
| COPIES | $1.00 | 03/20/2014 | PAID | APE |
| CLK RECORD | $830.00 | 03/11/2014 | PAID | ANT |
| FILING | $175.00 | 03/07/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/07/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,106.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this January 23, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**